IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:03-cr-59-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | |
| ) | |
| CHABLIS DIOR DANDRIDGE, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 136) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motion is **DENIED** because no reduction due to mandatory minimum sentence of 120 months, as stated in Doc. # 134.

**IT IS SO ORDERED**.

Signed: February 2, 2010

Frank D. Whitney
United States District Judge